CLERK_1, CLOSED

# U.S. District Court
## Northern District of Florida - District Version 3.0 (Gainesville)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00044-SPM-AK
Internal Use Only

MORGAN v. MERCK & CO INC et al
Assigned to: JUDGE STEPHAN P MICKLE
Referred to: MAGISTRATE JUDGE ALLAN KORNBLUM
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 03/19/2007
Date Terminated: 05/07/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

ESTHER MORGAN                represented by   **BRENDA S FULMER**
ALLEY CLARK GREIWE & FULMER - TAMPA FL
701 E WASHINGTON ST [33602]
PO BOX 3127
TAMPA, FL 33601
813-222-0977
Fax: 813-224-0373
Email: bfulmer@tampatriallawyers.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

MERCK & CO INC               represented by   **SARAH LEVIEN SHULLMAN**
SQUIRE SANDERS & DEMPSEY ETC - WEST PALM BEACH FL
777 S FLAGLER DR - STE. 1900
PHILLIPS POINT WEST
WEST PALM BEACH, FL 33401-6198

561/650-7200
Fax: 561/655-1509
Email: sshullman@ssd.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

PFIZER INC                   represented by   **EDWARD W GERECKE**
CARLTON FIELDS PA - TAMPA FL
4221 W BOY SCOUT BLVD 9TH FL

                                                   [33607]
PO BOX 3239
TAMPA, FL 33601-3239
813-229-4306
Fax: 813-229-4133
Email: egerecke@carltonfields.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA CORPORATION**  represented by **EDWARD W GERECKE**
*A WHOLLY OWNED SUBSIDIARY OF*  (See above for address)
*PFIZER INC*  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA & UPJOHN COMPANY LLC**  represented by **EDWARD W GERECKE**
*A WHOLLY OWNED SUBSIDIARY OF*  (See above for address)
*PHARMACIA CORPORATION*  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/19/2007 | 1 | NOTICE OF REMOVAL by PFIZER INC, PHARMACIA CORPORATION, PHARMACIA & UPJOHN COMPANY LLC from ALACHUA COUNTY, case number 01-07-CA-621. ( Filing fee $ 350 receipt number 1-159.), filed by ESTHER MORGAN. (deb) (Entered: 03/23/2007) |
| 03/19/2007 | 2 | CIVIL COVER SHEET. (deb) (Entered: 03/23/2007) |
| 03/19/2007 | 3 | ANSWER to Complaint with JURY DEMAND by MERCK & CO INC. (deb) (Entered: 03/23/2007) |
| 03/23/2007 |  | (Court only) ***Set/Reset Deadline - 120 Day No Activity Deadline set for 7/23/2007 (deb) (Entered: 03/23/2007) |
| 03/23/2007 |  | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Stephan P Mickle notified that action is needed Re: 1 Notice of Removal (deb) (Entered: 03/23/2007) |
| 03/23/2007 | 4 | Corporate Disclosure Statement/Certificate of Interested Persons by PFIZER INC, PHARMACIA CORPORATION, PHARMACIA & UPJOHN COMPANY LLC. (GERECKE, EDWARD) (Entered: 03/23/2007) |
| 03/23/2007 | 5 | ANSWER to Complaint with jury demand by PFIZER INC, PHARMACIA CORPORATION, PHARMACIA & UPJOHN COMPANY LLC. (GERECKE, EDWARD) (Entered: 03/23/2007) |
| 03/23/2007 | 6 | Consent MOTION to Stay *all proceedings pending transfer to* |

|  |  |  |
|---|---|---|
|  |  | *multidistrict litigation proceeding* by PFIZER INC, PHARMACIA CORPORATION, PHARMACIA & UPJOHN COMPANY LLC. (GERECKE, EDWARD) (Entered: 03/23/2007) |
| 03/23/2007 | 7 | MOTION to Stay *(Unopposed)* by MERCK & CO INC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C) (SHULLMAN, SARAH) (Entered: 03/23/2007) |
| 03/26/2007 |  | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Stephan P Mickle notified that action is needed Re: 7 MOTION to Stay *(Unopposed)*, 6 Consent MOTION to Stay *all proceedings pending transfer to multidistrict litigation proceeding*, 4 Corporate Disclosure Statement/Certificate of Interested Persons (deb) (Entered: 03/26/2007) |
| 03/26/2007 | 8 | NOTICE *of Rule 7.1 Disclosure Statement* by MERCK & CO INC (SHULLMAN, SARAH) (Entered: 03/26/2007) |
| 03/28/2007 |  | (Court only) ***Set/Clear Flags, Law Clerk 1 (rfb) (Entered: 03/28/2007) |
| 04/27/2007 | 9 | Copy of Conditional Transfer Order as to MDL1699 (tss) (Entered: 05/08/2007) |
| 04/27/2007 | 10 | Copy of Conditional Transfer Order as to MDL1657 (tss) (Entered: 05/08/2007) |
| 05/07/2007 | 11 | Interdistrict Transfer to the MDL 05-1699 NORTHERN DISTRICT OF CALIFORNIA (E-mail forwarded to rufino_santos@cand.uscourts.gov including information to allow MDL court to pull case documents and information.) (deb) (Entered: 05/10/2007) |